[No. 14278-7-III.    Division Three.    October 17, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYAN ALLEN RUTHERFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 94-1-00015-6, Carol A. Wardell, J., entered July 26, 1994. *Affirmed* by unpublished opinion per Munson, J., concurred in by Schultheis, A.C.J., and Thompson, J.

[No. 14485-2-III.    Division Three.    October 17, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYAN ALLEN RUTHERFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 94-1-00006-7, John E. Bridges, J., entered October 25, 1994. *Affirmed* by unpublished opinion per Munson, J., concurred in by Schultheis, A.C.J., and Thompson, J.

[No. 14635-9-III.    Division Three.    October 17, 1996.]

JAMES SEYMOUR, *Appellant*, v. WESTERN RV, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 94-2-01152-8, Michael Leavitt, J., entered January 6, 1995. *Affirmed in part* and *reversed in part* by unpublished opinion per Sweeney, C.J., concurred in by Thompson and Kurtz, JJ.

[No. 15064-0-III.    Division Three.    October 17, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY BREON EDLIN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-8-00493-4, Robert H. Whaley, J., entered July 10, 1995. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Munson and Kurtz, JJ.